July 31, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk

81,893·01

Abel Acosta, Clerk
Tx. Court of Crim. Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RE: Missing Notices, Writ No. WR-81,893-0?

To The Hon. Abel Acosta,

On 7-20-2015 I received a "White" card Notice that my "Petition For Release" was denied. I did notice that the petition was put under my original Writ of H.C. number, not the number of the successive Writ of H.C. that I filed on newly discovered issues. In fact, I have yet to receive Notice of the 2nd filing.

I have already filed a rebuttal to the "State's Answer" so am hoping the 2nd Writ has arrived. As the "Petition For Release" was filed with the 2nd Writ of H.C. I just assumed the Writ of H.C. arrived with it. If history is any teacher then the 2nd Writ would be WR-81,893-02. To date of this letter I have received neither a Notice/White card that either the 2nd H.C. was filed nor that the Petition had been received, just Denied.

As an individual illegally confined

1.

in violation of 18 U.S.C. § 241 then I depend on my Notices to assure me my legal documents arrive where I send them. I have no access to a computer nor a phone where I can openly check on these matters. Please let me know what you conclude after reading this letter. I await your findings.

Respectfully yours,

/s/ Joseph Johnson Jr.

Joseph Johnson Jr. 1758171

C.T. Terrill Unit

1300 F.M. 655

Rosharon, Tx 77583

Dated & documented

JJJ/wey